# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                Crim. No. 22-mj-00028 GBW

JUAN RAMON RENTERIA-BUSTAMANTE,

    Defendant.

## ORDER SETTING CONDITIONS OF RELEASE

THIS MATTER is before the Court on Defendant's appeal of the Order of Detention. *See* ECF No. 8, 11. The Government bears the burden of proving that no set of conditions can reasonably assure a defendant's appearance by a preponderance of the evidence. *See United States v. Cisneros*, 328 F.3d 610, 616 (10th Cir. 2003). After hearing from the parties, the Court finds that the Government has not met its burden and that conditions can be set to reasonably assure Defendant's appearance.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that Defendant shall be released pursuant to the following conditions:[1]

1. Defendant must not violate federal, state, or local law while on release.
2. Defendant must cooperate in the collection of a DNA sample if the collection is authorized by 42 U.S.C. § 14135a.
3. Defendant must advise the Court or the Pretrial Services Office or supervising officer in writing before making any change of residence or phone number.
4. Defendant must appear in Court as required and, if convicted, must surrender

---

[1] Upon further consideration, the Court will not impose an employment requirement.

as directed to serve a sentence that the Court may impose. Defendant will be notified of next appearance.

5. A $500 cash bond shall be posted to the Court.

6. Defendant shall be released to the third-party custody of: Defendant's sister, Elizabeth Ambriz. However, Defendant is free to live on his own.

7. Defendant must remain in Dona Ana County, except as permitted by Pretrial Services.

8. Defendant must refrain from drinking alcohol or consuming illegal drugs.

9. Defendant must not possess a firearm, destructive device, or other weapon.

**IT IS SO ORDERED.**

*Margaret Strickland*
_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE